

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Quadreuy Flowers, Appellant

No. 06-13-00102-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 12F1026-102).    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.   Therefore, we modify the trial court's judgment to reflect an assessment of $234.00 in court costs.   As modified, the judgment of the trial court is affirmed.

We note that the appellant, Quadreuy Flowers, has adequately indicated his inability to pay costs of appeal.   Therefore, we waive payment of costs.

RENDERED JUNE 3, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk